UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FARMERS GROUP, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENE GUERRERO, an individual,<br><br>　　　　Defendant. | NO. CV-05-002-RHW<br><br><br>**ORDER DISMISSING COMPLAINT** |

On January 3, 2006, the parties filed a joint Stipulation for Dismissal with Prejudice (Ct. Rec. 63). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 17th day of January, 2006.

　　　　　　　　　　　　　s/ Robert H. Whaley
　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　Chief United States District Judge

Q:\CIVIL\2005\Farmers\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** * 1